# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00760-CV

**Christina Renard-Dennard, Appellant**

**v.**

**Patrick Quincy Dennard, Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-21-007818, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on February 17, 2023. On March 27, 2023, this Court sent a notice advising appellant that her brief was overdue and that if the Court did not receive a motion for extension of time or a brief accompanied by a motion for extension of time on or before April 6, 2023, the appeal would be subject to dismissal for want of prosecution. On April 21, 2023, this Court granted in part appellant's April 6, 2023 motion to extend time to file her brief until May 23, 2023, and informed her that no further extensions would be granted. To date, appellant's brief has not been tendered for filing and is overdue. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Baker, Kelly, Smith

Dismissed for Want of Prosecution

Filed:   June 16, 2023